CLERK, U.S. DISTRICT COURT
OCT - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY YUSUF SMITH, | NO. ED CV 11-163-ABC(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____Oct 3_____, 2011.

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE